UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT NOWICKI,

        Plaintiff,                            Case Number 18-10900
                                                    Hon.  Denise Page Hood

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING MOTION FOR ATTORNEY FEES IN PART**

This matter is before the Court on the Magistrate Judge's Report and Recommendation (ECF No. 28) on Plaintiff Robert Nowicki's Counsel's Motion for Attorney Fees (ECF No. 19). No Objections were filed to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusion.  The Court agrees with the Magistrate Judge that the Motion for Attorney Fees pursuant to 42 U.S.C. § 406(b) be granted and that the fee award of $5,827.50 is reasonable.

        Accordingly,

IT IS ORDERED that the Report and Recommendation **(ECF No. 28)** is ACCEPTED and ADOPTED as this Court's findings of fact and conclusions of law.

IT IS FURTHER ORDERED that Plaintiff's Motion for Attorney Fees **(ECF No. 19)** is GRANTED in the amount of $5,827.50.

                                                  s/Denise Page Hood
                                                  DENISE PAGE HOOD
                                                  United States District Judge

DATED: July 27, 2022